UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSE RAUL OCANA and ROBERTO OCANA,<br><br>  Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE, etc., *et al*.,<br><br>  Defendant, | 2:10-cv-1712-KJD–RJJ<br><br><br><br>O R D E R |

This matter is before the Court on Defendants' Motion For Stay of Litigation and Discovery Proceedings Pending a Determination on Defendants' Motion For Judgment on the Pleadings (#10).

The Court having reviewed the Motion (#10), the Opposition (#11) and the Reply (#12) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants' Motion For Stay of Litigation and Discovery Proceedings Pending a Determination on Defendants' Motion For Judgment on the Pleadings (#10) is **GRANTED.** This case is stayed pending a ruling by the Court on the Motion for Judgment on the Pleadings (#7).

DATED this   12th   day of August, 2011.

                                                                            _____
                                                                            ROBERT J. JOHNSTON
                                                                            United States Magistrate Judge